

FILED
FEB - 6 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W23-608M |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. § 1382 – Unlawful Entry] |
| v. | ) | |
| | ) | |
| KEVIAR JA'SHUN BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 1382]

On or about October 14, 2022, at the Fort Hood Military Reservation, Western District of Texas, the Defendant,

KEVIAR JA'SHUN BALDWIN

did, within the jurisdiction of the United States, go upon a military reservation for a purpose prohibited by a lawful regulation, to wit: failing to comply with installation regulation (Fort Hood Regulation 190-11) requiring the registration of a firearm, in violation of Title 18, United States Code, Section 1382.

JAIME ESPARZA
United States Attorney

By: *Ashley R. Jesser*
ASHLEY R. JESSER
Special Assistant U. S. Attorney